RUSSELL B. MALCOLM, Appellant, *v.* MAURICE C. VEDDER, Respondent.

Argued May 15, 1945; decided June 14, 1945.

*Raymond M. Bush* for appellant.

*Oscar J. Brown* for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.